424 A.2d 498

**COMMONWEALTH of Pennsylvania**

v.

**Herman FULLER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

D. Webster Keogh, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Franklin Noel, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Philadelphia is affirmed.